IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| MARCUS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.  11-cv-01072-JEC |
| v. | ) | |
| | ) | |
| STEAK 'N SHAKE OPERATIONS, INC., | ) | |
| and MICHAEL GRAHAM, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Marcus Smith and Defendants Steak 'n Shake Operations, Inc. and Michael Graham, the parties in the above-captioned case, respectfully file this Joint Notice of Settlement to inform the Court that the parties have reached a tentative agreement to resolve this litigation.  The parties are currently negotiating the final terms of the settlement, and will seek approval from the Court once the terms are finalized.  In the meantime, the parties respectfully request that all proceedings in this case be stayed.

-2-

Respectfully submitted this 3rd day of January, 2012.

| | |
|---|---|
| */s/ Jack Rosenberg (w/express permission)* <br> Counsel for Plaintiff <br> Jack Rosenberg <br> 5425 Glenridge Drive, Suite 53 <br> Atlanta, Georgia 30342 <br> Telephone: (404) 343-1091 <br> Facsimile: (404) 343-1497 <br> jackrosenberg2@gmail.com | */s/ Lauren H. Zeldin* <br> Counsel for Defendants <br> Gregory J. Hare <br> Georgia Bar No. 326020 <br> Lauren H. Zeldin <br> Georgia Bar No. 368999 <br> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. <br> One Ninety One Peachtree Tower <br> 191 Peachtree Street, N.E., Suite 4800 <br> Atlanta, Georgia 30303 <br> Telephone: (404) 881-1300 <br> Facsimile: (404) 870-1732 <br> greg.hare@ogletreedeakins.com <br> lauren.zeldin@ogletreedeakins.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARCUS SMITH, | )<br>)<br>) |
| Plaintiff, | ) Civil Action File No.:<br>) 1:11-cv-01072-JEC |
| v. | )<br>)<br>) |
| STEAK 'N SHAKE OPERATIONS, INC., and MICHAEL GRAHAM, | )<br>) JURY TRIAL DEMANDED<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **Joint Notice of Settlement** has been served via CM/ECF to the following counsel of record:

> Jack Rosenberg
> 5425 Glenridge Drive, Suite 53
> Atlanta, Georgia 30342
> Telephone: (404) 343-1091
> Facsimile: (404) 343-1497
> jackrosenberg2@gmail.com

This 3rd day of January, 2012.

> */s/ Lauren H. Zeldin*
> Lauren H. Zeldin, Esq.
> Counsel for Defendants