IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARCUS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:11-cv-01072-JEC |
| v. | ) | |
| | ) | |
| STEAK 'N SHAKE OPERATIONS, INC., | ) | |
| and MICHAEL GRAHAM, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE, it is hereby ordered that the parties' settlement is approved and this action is dismissed with prejudice, with each party to bear his or its own costs.

SO ORDERED this 8th day of February, 2012.

/s/ Julie E. Carnes
THE HONORABLE JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE